```
                                              FILED
                                        2008 JUL 30 PM 12:49
                                        CLERK US DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA

                                        BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. '08 CR 2525 JM |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| ELMER ANTONIO MORALES, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Elmer Antonio Morales</u>, Criminal Case No. 08CR2132-JM.

DATED: July 30, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

