1  KAREN P. HEWITT
   United States Attorney
2  DOUGLAS KEEHN
   Assistant U.S. Attorney
3  California Bar. No. 233686
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-6549
   Fax: (619) 557-6741
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2525-JM |
| 11 | Plaintiff, ) ) | HEARING DATE:  August 29, 2008 TIME:  11:00 a.m. |
| 12 | ) v. ) | UNITED STATES' MOTIONS FOR: |
| 13 | ) ) | (1) RECIPROCAL DISCOVERY; AND (2) FINGERPRINT EXEMPLARS. |
| 14 | ) ELMER ANTONIO MORALES, ) | |
| 15 | ) Defendant. ) | TOGETHER WITH MEMORANDUM OF POINTS AND AUTHORITIES |
| 16 | ) ) | |
| 17 | ) | |

18     COMES NOW the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel,

19  KAREN P. HEWITT, United States Attorney, and Douglas Keehn, Assistant United States Attorney,

20  and hereby files its Motions for Reciprocal Discovery and Fingerprint Exemplars.  These Motions are

21  based upon the files and records of the case together with the attached memorandum of points and

22  authorities.

23                                  **I**

24                     **STATEMENT OF THE CASE**

25     On July 30, 2008, an Indictment was returned in the Southern District of California charging

26  Defendant Elmer Antonio Morales ("Defendant") with attempted entry into the United States in

27  violation of 8 U.S.C. § 1326(a) and (b).  On August 4, 2008, the Court arraigned Defendant on the

28  Indictment and Defendant entered a "not guilty" plea.  The Court scheduled a motion hearing date for

   August 29, 2008.

**II**

**THE UNITED STATES' MOTION FOR
RECIPROCAL DISCOVERY SHOULD BE GRANTED**

The United States provided discovery on June 11, 2008. The United States requests that Defendant comply with Rule 16(b) of the Federal Rules of Criminal Procedure, as well as Rule 26.2 which requires the production of prior statements of <u>all</u> witnesses, except for those of Defendant. The United States will object at trial and ask this Court to suppress any evidence at trial which has not been provided to the United States.

**III**

**THE UNITED STATES' MOTION FOR
FINGERPRINT EXEMPLARS SHOULD BE GRANTED**

Part of the United States' burden of proof in this case is to satisfy the jury that Defendant was an alien, previously deported, and without permission to reenter the United States. To make that showing, the United States may call an expert in fingerprint identification to match Defendant's fingerprints to relevant evidence. The most efficient and conclusive manner of establishing this information is to permit the expert witness himself to take a set of Defendant's fingerprints for comparison.

A defendant's fingerprints are not testimonial evidence. See <u>Schmerber v. California</u>, 384 U.S. 757 (1966). Using identifying physical characteristics, such as fingerprints, does not violate a defendant's Fifth Amendment right against self-incrimination. <u>United States v. DePalma</u>, 414 F.2d 394, 397 (9th Cir. 1969); <u>Woods v. United States</u>, 397 F.2d 156 (9th Cir. 1968); <u>see also</u> <u>United States v. St. Onge</u>, 676 F. Supp. 1041, 1043 (D. Mont. 1987). The United States therefore requests that this Court order that Defendant make himself available for fingerprinting by the United States.

//
//
//
//
//

# IV

## **CONCLUSION**

For the foregoing reasons, the United States respectfully requests that the Court grant its motions for reciprocal discovery and fingerprint exemplars.

DATED: August 8, 2008              Respectfully submitted,

                                   KAREN P. HEWITT
                                   United States Attorney


                                   *s/ Douglas Keehn*
                                   DOUGLAS KEEHN
                                   Assistant United States Attorney
                                   Attorneys for Plaintiff
                                   United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>ELMER ANTONIO MORALES,<br><br>　　　　　　Defendant. | ) Criminal Case No.  08CR2525-JM<br>)<br>)<br>) **CERTIFICATE OF SERVICE**<br>)<br>)<br>)<br>)<br>) |

IT IS HEREBY CERTIFIED THAT:

I, DOUGLAS KEEHN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' Motions for (1) reciprocal discovery and (2) fingerprint exemplars, together with memorandum of points and authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1.　　Siri Shetty, Esq.
　　　Attorney for Defendant


I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 8, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　*s/ Douglas Keehn*
　　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS KEEHN