# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>ELMER MORALES,<br><br>　　　　　　　　　　　　Defendant. | CRIMINAL CASE NO. 08CR2525-JM<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS**<br><br>Doc. No. 16 |

　　Upon motion of the Government, IT IS HEREBY ORDERED that the Indictment in criminal case number 08CR2525-JM be dismissed, without prejudice, as to defendant Elmer Morales. IT IS FURTHER ORDERED that the defendant be released from custody of the United States Marshals Service.

　　IT IS FURTHER ORDERED that any future hearing dates be vacated.

DATED: June 5, 2009

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge